UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Delrio McBrown,

    Plaintiff,

v.

U-Haul Co. of Massachusetts and Ohio, Inc., *et al.*,

    Defendants.

Case No. 2:20-cv-6301

Judge Michael H. Watson

Magistrate Judge Vascura

## ORDER

Magistrate Judge Vascura issued a Report and Recommendation ("R&R") recommending the Court dismiss from this case John/Jane Doe #1–25 pursuant to Federal Rule of Civil Procedure 4(m) for failure to timely effect service of process. R&R, ECF No. 22.

The R&R notified the parties of their right to object to the same and warned the parties that a failure to object would amount to a waiver of the right to *de novo* review by the Undersigned as well as a waiver of the right to appeal the Undersigned's decision adopting the R&R. *Id.* at 2.

The time for objecting has passed, and no party has objected. Accordingly, the Court **ADOPTS** the R&R and **DISMISSES WITHOUT PREJUDICE** Defendants John/Jane Doe #1–25.

    **IT IS SO ORDERED.**

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT